# Figure 1 – Alleged Relationship Between Defendants



**Source**: Second Amended Complaint ¶¶ 23-32, ECF No. 118. "G.P." stands for general partner. "L.P." stands for limited partner.